## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| MICHAEL F. BECKETT,<br>      Plaintiff,<br>v.<br><br>ALLY FINANCIAL INC.; THE STUDENT LOAN CORPORATION; WELLS FARGO HOME MORTGAGE, INC.; EQUIFAX INFORMATION SERVICES, LLC and TRANSUNION LLC;<br>      Defendants. | CASE NO. 1:19-cv-02607<br><br>Judge Harry D. Leinenweber |

**JOINT CERTIFICATION TO DEFER MANDATORY DISCOVERY RESPONSES**

Comes now Plaintiff Michael Beckett, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, and state that pursuant to Section A4 of the Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project, Plaintiff and Trans Union agree to defer their Mandatory Initial Discovery responses for a period of 30 days and, in support, certify that they are currently seeking to settle the case and have a good-faith belief that it can be resolved within 30 days of the due date for their respective responses.

Respectfully submitted,

*/s/ Scott E. Brady*
Andrew M. Lehmann, Esq. (IN #31151-06)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Ph: 317-363-2400 Fax: 317-363-2257
E-Mail: alehmann@schuckitlaw.com
E-Mail: sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Michael J. Sreenan, Esq. (IL ARDC #6194288)
Michael J. Sreenan, P.C.
1341 West Fullerton Avenue, No. 175
Chicago, IL  60614
Ph:  (773) 549-8700  Fax:  (773) 304-1999
E-Mail:  msreenan@sreenanpc.com

*Local Counsel for Defendant Trans Union, LLC*


*/s/ Mohammed O. Badwan (with consent)*
Mohammed O. Badwan, Esq.
Joseph S. Davidson, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, IL  60148
Ph:  (630) 575-8181
E-Mail:  mbadwan@sulaimanlaw.com

*Counsel for Plaintiff Michael F. Beckett*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of June, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Mohammed O. Badwan, Esq. mbadwan@sulaimanlaw.com | Joseph S. Davidson, Esq. jdavidson@sulaimanlaw.com |
| Ethan G. Ostroff, Esq. Ethan.ostroff@troutmansanders.com | Punit K. Marwaha, Esq. Punit.marwaha@troutmansanders.com |
| Tameika L. Montgomery, Esq. tmontgomery@kslaw.com | Misty L. Peterson, Esq. mpeterson@kslaw.com |
| Mary K. Curry, Esq. mkcurry@polsinelli.com | Rodney L. Lewis, Esq. rodneylewis@polsinelli.com |
| Jerel Dawson, Esq. jdawson@mayerbrown.com | Kristin Steinkamp, Esq. ksteinkamp@mayerbrown.com |
| Michael Bornhorst, Esq. mbornhorst@mayerbrown.com | Lucia Nale, Esq. lnale@mayerbrown.com |
| Trisha M. Rich, Esq. Trisha.rich@hklaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of June, 2019** properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Scott E. Brady
Andrew M. Lehmann, Esq. (IN #31151-06)
Scott E. Brady, Esq. (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Ph: 317-363-2400 Fax: 317-363-2257
E-Mail: alehmann@schuckitlaw.com
E-Mail: sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*