# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL F. BECKETT, ) | Case No: 1:19-cv-02607 |
| Plaintiff, ) | |
| ) | Hon. Harry D. Leinenweber |
| v. ) | |
| ALLY FINANCIAL INC., ET AL., ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF AN ORDER EXTENDING TIME FOR WELLS FARGO BANK, N.A. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, Inc. ("Wells Fargo"), by its counsel, hereby moves for entry of an Order extending the time by which Wells Fargo must answer, move, or otherwise respond to Plaintiff's Complaint. In support of this unopposed motion, Wells Fargo states as follows:

1. Plaintiff filed her Complaint on April 17, 2019. (Dkt. 1).

2. Wells Fargo is currently required to answer or otherwise respond to the Complaint by June 28, 2019, having previously been given an extension of time to respond to the Complaint to facilitate settlement discussions. (Dkt. 29, 30, 34).

3. The parties remain engaged in good-faith settlement discussions and require additional time to attempt to resolve this matter without requiring judicial intervention.

4. Wells Fargo respectfully requests that this Court grant Wells Fargo a 14-day extension of time, up to and including July 12, 2019, to answer, move, or otherwise plead in response to Plaintiff's Complaint.

5. Wells Fargo respectfully requests this extension as Wells Fargo's counsel is currently attending to family medical needs.

6. Counsel for Wells Fargo will communicate with Plaintiff's counsel regarding the requested extension and promptly advise if Plaintiff does not oppose Wells Fargo's extension request.

7. This is Wells Fargo's third request for an extension of time. The extension is not sought for the purpose of delay or harassment. No party will be prejudiced by the allowance of the requested extension.

WHEREFORE, Defendant Wells Fargo Bank, N.A., respectfully requests that the Court enter an order extending the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint up to and including July 12, 2019.

Dated: June 28, 2019

Respectfully submitted,

/s/ Michael Bornhorst
Lucia Nale
Michael H. Bornhorst
Jerel Dawson
Kristin J. Steinkamp
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600 (tel)
(312) 701-7711 (fax)
lnale@mayerbrown.com
mbornhorst@mayerbrown.com
jsnapper@mayerbrown.com
ksteinkamp@mayerbrown.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

  I, Michael Bornhorst, an attorney, hereby certify that on June 28, 2019, I caused a true and correct copy of the foregoing to be filed and served electronically via the court's CM/ECF system.

                /s/ Michael Bornhorst
                Michael Bornhorst
                MAYER BROWN LLP
                71 South Wacker Drive
                Chicago, Illinois 60606
                Phone: (312) 782-0600
                Fax: (312) 701-7711
                E-mail: mbornhorst@mayerbrown.com